United States District Court

Eastern District of California

Eddie Cabrera,

        Petitioner,               No. Civ. S-05-2623 FCD PAN P

   vs.                                   Order

Derrall G. Adams, Warden, et al.,

        Respondents.

-oOo-

Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Petitioner has neither paid the fee nor submitted an

1 application for leave to proceed in forma pauperis.
2      Within 30 days from the day this order is signed petitioner
3 may submit either the filing fee or the application required by
4 section 1915(a).  The clerk of the court is directed to mail to
5 petitioner a form application for leave to proceed in forma
6 pauperis.  Failure to comply with this order will result in this
7 file being closed.
8      So ordered.
9      Dated:  January 5, 2006.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge