United States District Court

Eastern District of California

Eddie Cabrera,

       Petitioner,

  vs.

Derrall G. Adams, Warden, et al.,

       Respondents.

No. Civ. S-05-2623 FCD PAN P

Order

-oOo-

Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Petitioner has neither paid the fee nor submitted an

1  application for leave to proceed in forma pauperis.
2       Within 30 days from the day this order is signed petitioner
3  may submit either the filing fee or the application required by
4  section 1915(a).  The clerk of the court is directed to mail to
5  petitioner a form application for leave to proceed in forma
6  pauperis.  Failure to comply with this order will result in this
7  file being closed.
8       So ordered.
9       Dated:  January 5, 2006.

                                  /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge